# EXHIBIT 1

# EXHIBIT 1

# 'Death Ray' heats up Vdara guests, residents



MIKE JOHNSON
LAS VEGAS REVIEW-JOURNAL

Las Vegas News, Sports, Business, Entertainment and Classifieds

Advertise | Subscribe or Manage your account | E-mail / mobile alerts |

Thursday
Nov 18, 2010



Search

HOME   NEWS   SPORTS   BUSINESS   LIFESTYLES   ENTERTAINMENT   TRAVEL   OPINION   OBITUARIES   JOBS   AUTOS   HOMES   CLASSIFIEDS   DEALS

News

SAVE THIS    EMAIL THIS    PRINT THIS    MOST POPULAR    RSS FEEDS    POST A COMMENT

RECENT EDITIONS
Fri Sat Sun Mon Tue Wed Thu



Sep. 25, 2010
Copyright © Las Vegas Review-Journal

# Vdara visitor: 'Death ray' scorched hair

## Chicago lawyer says bag also melted

By JOAN WHITELY

LAS VEGAS REVIEW-JOURNAL



The Vdara Hotel swimming pool was a crowded place on a recent Sunday afternoon.
DUANE PROKOP/LAS VEGAS REVIEW-JOURNAL



MIKE JOHNSON/LAS VEGAS REVIEW-JOURNAL



Bill Pintas, a Chicago lawyer and businessman, took this photo of his melted plastic bag after he was caught unexpectedly at the Vdara pool deck in a "hot spot" of reflected sunlight.
COURTESY OF BILL PINTAS

The tall, sleek, curving Vdara Hotel at CityCenter on the Strip is a thing of beauty.

But the south-facing tower is also a collector and bouncer of sun rays, which -- if you're at the hotel's swimming pool at the wrong time of day and season -- can singe your hair and melt your plastic drink cups and shopping bags.

Hotel pool employees call the phenomenon the "Vdara death ray."

A spokesman for MGM Resorts International, which owns Vdara, said he prefers the term "hot spot" or "solar convergence" to describe it. He went on to say that designers are already working with resort staff to come up with solutions.

Designers foresaw the issue, and thought they had solved it by installing a high-tech film on the south-facing glass panes, according to Gordon Absher, the MGM spokesman. The film scatters more than 70 percent of reflected rays. But that's not enough, Absher acknowledged, as some pool guests are still uncomfortable.

Chicago visitor Bill Pintas experienced Vdara's "death ray" recently. A lawyer, he was here on business for Preferred Capital Lending, which he co-owns. He also co-owns a Vdara condo.

Pintas told the Review-Journal that at midday Sept. 16, after a brief dip in the hotel pool, he was sunning on a recliner. He was on his stomach, relaxed, eyes closed.

But suddenly, the lawyer became so uncomfortably hot that he leaped up to move. He tried to put on his flip-flop sandals but, inexplicably, they were too hot to touch. So he ran barefoot to the shade.



Sponsored Links

**How to Fall Asleep?**
Cambridge Researchers have developed an all natural sleep aid just for you.

**I Had High Blood Pressure**
Now it's down to 120/75. Find out how I did it without drugs

**Mortgage Rates at 3.00%**
$200,000 loan for $771/month. See New Payment - No SSN Rqd. Save Now!

"I was effectively being cooked," Pintas said. "I started running as fast as I could without looking like a lunatic."

Then he smelled an odor, and realized it was coming from his head, where a bit of hair had been scorched. It was about 12:20 p.m., as best Pintas can recall.

Taking brief refuge at the pool's bar area, Pintas chatted with employees. He said they chuckled when he described what had happened. "Yes, we call it the death ray," he says they told him. Sometimes it causes disposable drink glasses to melt, a cocktail waitress added.

After the intense reflection had passed, Pintas returned to his lounge chair. He remembered that a patron nearby laughed, and said something like, It got you, too?

Then he noticed something more -- a flimsy plastic bag holding his newspaper had partially melted. The portion of bag bearing the name Vdara had entirely melted away. Holes marked where the letters, in black ink, had absorbed the heat. Pintas snapped a photo of the bag, which he shared with the newspaper.

After Pintas' experience, a Review-Journal reporter went to the Vdara pool twice. Employees did not know they were talking to a reporter.

# EXHIBIT 2

# EXHIBIT 2



## gUPShOP

Forum | Blogs | What's New?

realtime new posts | FAQ | Calendar | Community | Forum Actions | Quick Links | Advanced Search

Forum  Science & Technology  Machines Gadgets & Automotive
RSS: Gadgets
Can a Building Be a Sun-Death Ray? YES!

**Las Vegas Coupons**
1 ridiculously huge coupon a day. It's like doing Vegas at 90% off!

**Pakistan Fare $1132 Total**
Great Wholesale Fares on Sale. Book Your Bargain Flights Today!

Ads by Google

· Ads by Google | Pakistan | Qurbani in Pakistan | Mithai to Pakistan | Daily Jang Pakistan | Multan

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

ADD REPLY

Thread Tools | Display

**Welcome, Unregistered**

Register
Help
User Name

Oct 8th, 2010 05:00 AM  #1

**GSBot**
in search of my botni ...

Join Date: Dec 31, 1969
Posts: 89,874



Sunlight
South side of property
The solar reflection covers an approximate 10 foot by 15 foot area, which moves as the Earth rotates.
Pool area
MIKE JOHNSON
LAS VEGAS REVIEW-JOURNAL

Can a Building Be a Sun-Death Ray? @ Wired Science via Waxy.

Vdara hotel Death Ray. Basically, a curved shiny building makes a hot spot. You have to read the story, but how about some back-of-

· baz

&s • c&a

)
ito

image upload: your PC • URL
blogs • games
gs google button

services

the-envelope calculations? In particular, would this building be able to melt some plastic bags and stuff?

support / feedback
gs news • mod • rf

**From the pages of MAKE:**



Solar Death Ray

Made on Earth. MAKE 03 - page 16. Reports from the world of backyard technology, including a shopping cart go-kart, the "Solar Death Ray," a demolished house sculpture, a gas tank bass instrument, and some seriously big speakers. Read the Full Story &raquo; | More on MAKE &raquo; | Comments &raquo; | Read more articles in Science | Digg this!

Top

Quick Navigation | RSS: Gadgets | Reply With Quote | Top

« Previous Thread | Next Thread »

| Posting Permissions | |
|---|---|
| You may not post new threads | **BB code** is On |
| You may not post replies | **Smilies** are On |
| You may not post attachments | **[IMG]** code is On |
| You may not edit your posts | HTML code is Off |
| | **Trackbacks** are Off |
| | **Pingbacks** are Off |
| | **Refbacks** are On |
| | **Forum Rules** |

All times are GMT -5. The time now is 02:49 PM.




Powered by vBulletin - Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Content Relevant URLs by vBSEO

# EXHIBIT 3

# EXHIBIT 3

*-APPLICATION-*

## Title
**Title of Work:** Vdara death-ray

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** September 25, 2010   **Nation of 1st Publication:** United States

## Author
**Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com   **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

## Certification

Page 1 of 2

Name: Steven A. Gibson
Date: November 24, 2010
Applicant's Tracking Number: 0002160

Registration #:

Service Request #:   1-524088592

Application Date:   11-24-2010 12:55:02

# Correspondent

|  |  |
|---|---|
| Organization Name: | Righthaven LLC |
| Name: | Steven A. Gibson |
| Address: | 9960 West Cheyenne Avenue<br>Suite 210<br>Las Vegas, NV 89129-7701 United States |

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States