SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 683-4788
Fax: (702) 922-3851

ANNE E. PERIONI, ESQ.
Nevada Bar No. 9630
aperoini@righthaven.com
*Staff Attorney at Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900

*Attorneys for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>AZKAR CHOUDHRY, an individual; and PAK.ORG, an entity of unknown origin and nature,<br><br>Defendants. | Case No.: 2:10-cv-02155-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND COUNTERCLAIM AND FOR STAY OF DISCOVERY**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and Mr. Azkar Choudhry and Pak.org (collectively the "Defendants"), by and through their counsel of record, that Righthaven's Response to Defendants' And Counterclaimant's Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted, For Judgment On The Pleadings Or, In The Alternative, For Summary Judgment (Doc. # 9, the "Motion to Dismiss") shall all be due on or before February 14, 2011. In view of this extension of time, Defendants shall have until February 28, 2011 to file their reply in support of the Motion to Dismiss.  Righthaven shall also have until February 16, 2011, to file its reply or other response to Counterclaimant's Counterclaim (Doc. # 8).

IT IS HEREBY FURTHER STIPULATED BETWEEN Righthaven and Defendants that the requirement to conduct a case conference under Federal Rule of Civil Procedure 26(f) and LR 26-1(d) (the "Case Conference") shall be extended for ninety (90) days and that no discovery shall be conducted until such time as the parties have mutually agreed to conduct the Case Conference. Accordingly, (i) the Courts' Order (Doc. #8) that the parties must submit a Discovery Plan and proposed Scheduling Order by March 5, 2011, shall be amended such that the parties' Discovery Plan and proposed Scheduling Order shall be submitted to the Court on or before June 4, 2011, and (ii) the discovery dates set by operation of LR 26-1, including but not limited to the discovery cut-off set forth in Rule 26-1(e)(1), shall similarly each be extended by ninety (90) days.

This stipulation and order is entered into between Righthaven and Defendants due to the nature of the issues raised in the Motion to Dismiss.  This stipulation and order is also entered into as an accommodation for the scheduling conflicts of Righthaven's counsel.  The extension of time to conduct the Case Conference is sought because the parties wish to complete briefing on the pending Motion to Dismiss, and potentially receive a ruling on same, prior to engaging in expensive and time-consuming discovery efforts.  This acknowledgment, however, should not be interpreted as a waiver or relinquishment of either party's right to request leave of the Court to conduct discovery under Federal Rule of Civil Procedure 56(d) with respect to the Motion to Dismiss, or with respect to any similar motion that Righthaven may file in response to

Defendants' Answer and Counterclaims.  This stipulation is sought in good faith and not for purposes of delay.

Dated this 31st day of January, 2011.

| RIDDER, COSTA & JOHNSTONE LLP | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/   Chris K. Ridder<br>CHRIS K. RIDDER, ESQ.<br>chris@rcjlawgroup.com<br>12 Geary Street, Suite 701<br>San Francisco, California 94104 | By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 |
| CHAD A. BOWERS, ESQ.<br>Nevada Bar No. 7283<br>CHAD A. BOWERS, LTD.<br>bowers@lawyer.com<br>3202 West Charleston Boulevard<br> Las Vegas, Nevada 89102 | ANNE E. PERONI, ESQ.<br>Nevada Bar No. 9630<br>aperoni@righthaven.com<br>*Staff Attorney at Righthaven LLC*<br>Righthaven LLC<br>9960 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** February 7, 2011