SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 683-4788
Fax: (702) 922-3851

ANNE E. PERIONI, ESQ.
Nevada Bar No. 9630
aperoini@righthaven.com
*Staff Attorney at Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900

*Attorneys for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                Plaintiff,<br><br>v.<br><br>AZKAR CHOUDHRY, an individual; and PAK.ORG, an entity of unknown origin and nature,<br><br>                Defendants. | Case No.: 2:10-cv-02155-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |
| AZKAR CHOUDHRY, an individual;<br><br>                Counterclaimaint,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                Counter-defendants. | |

1

IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, Azkar Choudhry ("Mr. Choudhry") and Pak.org ("Pak.org"; collectively with Mr. Choudhry known herein as the "Defendants"), by and through their counsel of record, that Righthaven's Response to Defendants' And Counterclaimant's Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted, For Judgment On The Pleadings Or, In The Alternative, For Summary Judgment (Doc. # 9, the "Motion to Dismiss") shall now be due on or before **February 16, 2011**. In view of this extension of time, Defendants shall now have until **March 2, 2011** to file its reply in support of the Motion to Dismiss.  Righthaven's reply or other response to Counterclaimant's Counterclaim (Doc. # 8) shall still be due on or before **February 16, 2011**.

This stipulation and order is entered into between Righthaven and Defendants due to the nature of the issues raised in the Motion to Dismiss and so that Righthaven's response to same can be filed on the same day as its reply or other response to Counterclaimant's Counterclaim. This stipulation and order is also entered into as an accommodation for unexpected scheduling conflicts of Righthaven's counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

1    This stipulation is sought in good faith and not for purposes of delay.  The deadlines

2  stipulated to and granted by the Court have not expired as of the filing of this stipulation and

3  order.

4    Dated this 14th day of February, 2011.

5    RIDDER, COSTA & JOHNSTONE LLP      SHAWN A. MANGANO, LTD.

6

7    By: /s/_____      By: /s/ Shawn A. Mangano_____
8    CHRIS K. RIDDER, ESQ.              SHAWN A. MANGANO, ESQ.
     chris@rcjlawgroup.com              Nevada Bar No. 6730
     12 Geary Street, Suite 701         shawn@manganolaw.com
9    San Francisco, California 94104    9960 West Cheyenne Avenue, Suite 170
                                        Las Vegas, Nevada 89129-7701
10

11   CHAD A. BOWERS, ESQ.               ANNE E. PERONI, ESQ.
     Nevada Bar No. 7283                Nevada Bar No. 9630
12   CHAD A. BOWERS, LTD.               aperoni@righthaven.com
     bowers@lawyer.com                  *Staff Attorney at Righthaven LLC*
13   3202 West Charleston Boulevard     Righthaven LLC
     Las Vegas, Nevada 89102            9960 West Cheyenne Avenue, Suite 210
14                                      Las Vegas, Nevada 89129-7701

15   *Attorneys for Defendants*            *Attorneys for Plaintiff*

16

17

18

19

20

21

22            IT IS SO ORDERED:

23

24            UNITED STATES DISTRICT COURT JUDGE

25                      February 14, 2011
     DATED: _____
26

27

28

3