CHRIS K. RIDDER
CA State Bar Number: 218691 (*pro hac vice*)
Email: chris@rcjlawgroup.com
RIDDER, COSTA & JOHNSTONE LLP
12 Geary Street, Suite 701
San Francisco, California 94108
Telephone: (415) 391-3311
Facsimile: (415) 358-4975

CHAD BOWERS
NV State Bar Number: 7283
Email: bowers@lawyer.com
CHAD A. BOWERS, LTD
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys for Defendant and Counterclaimant
AZKAR CHOUDHRY and Defendant
PAK.ORG.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>AZKAR CHOUDHRY, an individual; and PAK.ORG, a corporation of unknown origin and nature,<br><br>  Defendants.<br>_____<br>AZKAR CHOUDHRY, an individual,<br><br>  Counterclaimant,<br><br>  v.<br><br>RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>  Counter-defendant. | Case No. 2:10-cv-02155-JCM-PAL<br><br>**DEFENDANTS' AND COUNTERCLAIMANT'S REQUEST FOR JUDICIAL NOTICE** |

1  Defendant and Counterclaimant Azkar Choudhry and Defendant Pak.org (collectively, "Mr. Choudhry") request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of Righthaven's Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction With Certificate of Service, filed on May 16, 2011, by Plaintiff Righthaven LLC ("Righthaven") in the matter of *Righthaven v. Tripso, Inc., et al.* (Case No. 1:11-cv-00146-JLK), currently pending before the Federal Court for the District of Colorado. A true and correct copy of Righthaven's filing is attached hereto as Exhibit A. This request is made in connection with Mr. Choudhry's Reply in support of his Motion for Reconsideration of the Court's May 3, 2011, Order denying Mr. Choudhry's motion for summary judgment.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court may take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts "shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). Courts may take judicial notice "at any stage of the proceeding." Fed. R. Evid. 201(f).

Courts may take judicial notice of proceedings in other courts. *See, e.g., U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (citing *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169 (10th Cir. 1979)) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'").

Righthaven's filing is a public record, filed in a proceeding before the United States District Court for the District of Colorado, and its contents are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Exhibit A reflects a proceeding before another federal court, and so is appropriate for judicial notice as set forth in *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.* Mr. Choudhry requests that the Court take judicial notice of Exhibit A solely to

1  demonstrate the existence and content of the arguments advanced by Righthaven, and not for the
2  truth of its contents.
3      Righthaven's Colorado filing is directly related to the matters at issue because, as
4  discussed in Mr. Choudhry's Reply memorandum in support of his Motion for Reconsideration,
5  filed concurrently herewith, Righthaven's argument to the Colorado court (1) acknowledges
6  Righthaven's understanding that content appearing on a defendant's website through
7  subscription to an RSS feed, or other service engaged to provide content, does not give rise to
8  direct copyright infringement liability and (2) demonstrates that Righthaven is capable of making
9  determinations regarding the presence of absence of volitional conduct as a defense to copyright
10 infringement without the need for discovery and without the need for expert analysis.

## CONCLUSION

For the foregoing reasons, Mr. Choudhry requests that the Court consider Righthaven's Colorado filing in connection with his Motion for Reconsideration.

Dated: June 13, 2011.                    RIDDER, COSTA & JOHNSTONE LLP

By:  /s/ Chris K. Ridder
CHRIS K. RIDDER
CA State Bar Number: 218691 (*pro hac vice*)
Email: chris@rcjlawgroup.com
12 Geary Street, Suite 701
San Francisco, California 94108
Telephone: (415) 391-3311
Facsimile: (415) 358-4975

CHAD A. BOWERS, LTD.

By:  /s/ Chad A. Bowers
CHAD A. BOWERS
NV State Bar Number: 7283
Email: bowers@lawyer.com
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys for Defendant and Counterclaimant AZKAR CHOUDHRY and Defendant PAK.ORG.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Azkar Choudhry and Pak.org and that on this 13th day of June, 2011, I caused the DEFENDANTS' AND COUNTERCLAIMANT'S REQUEST FOR JUDICIAL NOTICE to be served by the Court's CM/ECF system.

RIDDER, COSTA & JOHNSTONE LLP
By: /s/ Chris K. Ridder
Chris K. Ridder
CA State Bar Number: 218691 (*pro hac vice*)
Email: chris@rcjlawgroup.com
12 Geary Street, Suite 701
San Francisco, California 94108
Telephone: (415) 391-3311
Facsimile: (415) 358-4975

*Attorneys For Defendant and Counterclaimant Azkar Choudhry and Defendant Pak.org*
