CHRIS K. RIDDER (*pro hac vice*)
Email: chris@rcjlawgroup.com
RIDDER, COSTA & JOHNSTONE LLP
California State Bar No. 218691
12 Geary Street, Suite 701
San Francisco, California 94108
Telephone: (415) 391-3311
Facsimile: (415) 358-4975

CHAD BOWERS
Email: bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys for Defendant and Counterclaimant
AZKAR CHOUDHRY, and Defendant and
PAK.ORG.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>AZKAR CHOUDHRY, an individual; and PAK.ORG, a corporation of unknown origin and nature,<br><br>    Defendants.<br><hr>AZKAR CHOUDHRY, an individual,<br><br>    Counterclaimant,<br><br>    v.<br><br>RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>    Counter-defendant. | Case No. 2:10-cv-02155-MMD-PAL<br><br>**NOTICE OF RIGHTHAVEN'S NON-OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT AZKAR CHOUDHRY AND DEFENDANT PAK.ORG's STATUS REPORT AND MOTION FOR JUDGMENT ON THE PLEADINGS, WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff and Counter-defendant Righthaven LLC ("Righthaven") has failed to file a memorandum of points and authorities in opposition to Defendant and Counterclaimant Azkar Choudhry and Defendant Pak.org's Status Report and Motion for Judgment on the Pleadings, With Prejudice (the "Motion for Judgment"). See Docket No. 43, *filed* December 24, 2012. Pursuant to Local Rule 7-2(d), this failure to file an opposition constitutes Righthaven's consent to the requested order. Therefore, for the reasons set forth both in the previous filing, see Docket No. 43, and below, Defendant and Counterclaimant Azkar Choudhry and Defendant Pak.org (collectively, "Choudhry") respectfully asks this Court to grant the unopposed Motion for Judgment.

## STATEMENT OF FACTS

Choudhry filed the Motion for Judgment on December 24, 2012. Under District of Nevada Local Rule 7-2(b), "points and authorities in response [to a motion] shall be filed and served by an opposing party fourteen (14) days after service of the motion." Righthaven was thus required to file a response to Choudhry's Motion for Judgment no later than January 10, 2013. As of the date of this filing, Righthaven has not filed or served any response in opposition to the Motion for Judgment.

## MEMORANDUM OF POINT AND AUTHORITIRES

**A. Righthaven's Failure to File an Opposition Constitutes Consent Under District of Nevada Local Rule 7-2(d).**

Local Rule 7-2(d) states that the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The Ninth Circuit has repeatedly found implicit consent under Local Rule 7-2(d) when a party fails to file an opposition. *See Trice v. Clark County School Dist.*, 376 Fed. Appx. 789, 790 (9th Cir. 2010) (unpublished) (affirming dismissal after party failed to file an opposition with time constraints of Local Rule 7-2(d)); *Powell v. DEF Express, Inc.*, 265 Fed. Appx. 672, 675 (9th Cir. 2008) (unpublished) (same); *Kearns v. Comba*, 252 Fed. Appx. 141 (9th Cir. 2007)

(unpublished) (affirming grant of summary judgment in favor of defendants when plaintiffs failed to respond to motion under Local Rule 7-2(d)).

Thus, under Local Rule 7-2(d), Righthaven has consented to Choudhry's Motion for Judgment.

## CONCLUSION

For the reasons set forth in the previously filed Motion for Judgment, and for the reason set forth above, Choudhry respectfully requests that this Court grant the uncontested Motion for Judgment. A proposed order was attached thereto as Docket No. 43-1.

Dated: January 14, 2013.          RIDDER, COSTA & JOHNSTONE LLP

By: /s/
CHRIS K. RIDDER
Ridder, Costa & Johnstone LLP
CA State Bar Number: 218691 (*pro hac vice*)
12 Geary Street, Suite 701
San Francisco, CA 94108

CHAD A. BOWERS, LTD.

By: /s/
CHAD A. BOWERS
NV State Bar Number: 7283
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102

Attorneys for Defendant and Counterclaimant
AZKAR CHOUDHRY and Defendant PAK.ORG.

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Azkar Choudhry and Pak.org and that on this 14th day of January, 2013, I caused NOTICE OF RIGHTHAVEN'S NON-OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT AZKAR CHOUDHRY AND DEFENDANT PAK.ORG's STATUS REPORT AND MOTION FOR JUDGMENT ON THE PLEADINGS, WITH PREJUDICE to be served by the Court's CM/ECF system.

RIDDER, COSTA & JOHNSTONE LLP
By:   /s/
Benjamin A. Costa
CA State Bar Number: 245953
Email: ben@rcjlawgroup.com
12 Geary Street, Suite 701
San Francisco, California 94108
Telephone: (415) 391-3311
Facsimile: (415) 358-4975

*Attorneys For Defendant and Counterclaimant*
*Azkar Choudhry and Defendant Pak.org*